# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

IN THE MATTER OF**:  SAMUEL W. HARDEN**                                CASE NO:  **07-04026-8-RDD**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **EMC MORTGAGE CORPORATION**<br>PO BOX 293150<br>LEWISVILLE, TX 75029-3150 | $530.91 | 03/05/09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 31, 2009**                                                   ____/s/ Trawick H. Stubbs, Jr._____
                                                                                **TRAWICK H. STUBBS, JR.**
                                                                                **CHAPTER 13 TRUSTEE**
                                                                                **P. O. BOX 1618**
                                                                                **NEW BERN, NC  28563**
                                                                                **(252) 633-0074**